IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JACKIE TAYLOR and TIGER TAYLOR,**[1] § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 3:25-CV-1522-L-BW |
| § | |
| **CAROLE DOE; U.S. TREASURY; DIRECT EXPRESS BANKING; COMMISSIONER, SOCIAL SECURITY ADMINISTRATION; ENCOMPASS; WHOLE FOODS; GREYHOUND BUS COMPANY; DALLAS POLICE DEPARTMENT; CITY OF SANTA CRUZ; CITY LIBRARY; and BEACHES LIQUOR STORE,** § § § § § § § § § § | |
| Defendants. § | |

# ORDER

On August 27, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 5) was entered, recommending that the court **dismiss with prejudice** this action as frivolous. The magistrate judge determined that Plaintiff Jackie Taylor's ("Ms. Taylor" or "Plaintiff")[2] Complaint is frivolous and fails to state a claim upon which relief can be granted. No objections to the Report have been filed, and the 14-day period to object after service of the Report has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C).

Magistrate Judge Brian McKay found that, even under the most liberal interpretation, Plaintiff fails to assert a viable legal claim or anything that can be understood as such. *Id.* at 2-3.

---

[1] The Complaint was filed by Jackie Taylor, identifying herself and her service-cat, Tiger, as Plaintiffs. Doc. 7 at 1.
[2] Plaintiff was unhoused at the time the Complaint was filed and did not provide a mailing address to the court. Doc. 3 at 1. Plaintiff stated that she will "pick it up daily at here." *Id.* She also did not provide an e-mail address or a telephone number.

**Order – Page 1**

Although Plaintiff's Complaint references RICO as a basis for relief, her factual allegations are not sufficient to state a plausible claim for relief. *Id.* at 3. Further, the content of Plaintiff's allegations appears to be fanciful, incredible, and therefore, inadequate to support a cognizable claim. *Id.* The magistrate judge concluded that the action should be dismissed with prejudice as factually and legally frivolous and for failure to state a claim. *Id.* Further, the magistrate judge believes that it is highly unlikely that Plaintiff could allege cogent and viable legal claims if given the opportunity to amend, as the allegations in her Complaint are incoherent. *Id.* at 3-4.

After considering the pleadings, file, record, Report, and applicable law, the court **determines** that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **dismisses with prejudice** this action as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). The court **directs** the clerk of court to close this action. As the courts has dismissed this action with prejudice, it **denies as moot** Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 4).

**It is so ordered** this 5th day of November, 2025.

_____
Sam A. Lindsay
United States District Judge